*Memorandum*

*The motion is denied*
*So ordered*

[signature]
4/11/6

KIRBY McINERNEY & SQUIRE, LLP
Roger W. Kirby (RWK 4503)
Ira M. Press (IMP 5313)
Richard L. Stone
830 Third Avenue, 10th Floor
New York, New York 10022
(212) 371-6600

Attorneys for Argent Fund Plaintiffs/Movants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/06

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DORAL FINANCIAL CORP. SECURITIES LITIGATION | Case No. 1:05-md-1706 (RO)<br><br>**NOTICE OF MOTION OF ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND (BERMUDA) LTD., ARGENT LOWLEV CONVERTIBLE ARBITRAGE FUND LTD., AND ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND, L.P. FOR RECONSIDERATION OF LEAD PLAINTIFF APPOINTMENT ORDER** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Argent Classic Convertible Arbitrage Fund (Bermuda) Ltd., Argent Lowlev Convertible Arbitrage Fund Ltd., and Argent Classic Convertible Arbitrage Fund, L.P. (the "Argent Funds") hereby move this Court before The Honorable Richard Owen of the above-entitled Court, at 40 Centre Street, New York, NY 10007-1581, pursuant to Local Civil Rule 6.3 for reconsideration of the Court's order, dated February 8, 2006 and entered February 9, 2006, appointing lead plaintiff in the above-captioned consolidated proceeding.

This motion is made on the ground that good cause exists for the granting of the relief sought. This motion is based on this notice, the accompanying memorandum of law, and the Court's